

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2013

No. 04-11-00018-CV

**THE EDWARD AQUIFER AUTHORITY**, and Roland Ruiz, in his official capacity as
General Manager of the Edwards Aquifer Authority
Appellants/Cross Appellees,

v.

Glenn and JoLynn **BRAGG**
Appellee/Cross Appellant,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 06-11-18170
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

        The Appellee's Motion for Extension of Time to file Motion for Rehearing is
GRANTED.  Time is extended to September 26, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 17th day of September, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court